UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY L. STEVENSON,

        Defendant.
                                 /

No. 16-mj-30429

Magistrate Judge R. Steven Whalen

**ORDER**

On April 10, 2018, Defendant Anthony L. Stevenson filed a *pro se* letter/motion requesting more time to retain counsel [Doc. #25]. Defendant is currently represented by assigned counsel Richard M. Helfrick of the Federal Defender Office.

Defendant states that he has "fired" Mr. Helfrick and needs more time to retain an attorney. However, there has been no motion to remove Mr. Helfrick or for counsel to withdraw. Mr. Helfrick is still counsel of record. Moreover, Defendant is on bond, and is free to continue to seek retained counsel; it is not necessary for this Court to grant him more time to do so.

Defendant has also submitted what appears to be a portion of a 28-month old medical report suggesting that at that time he had prostate cancer. In his letter, he seeks a modification of his bond conditions in order for him "to seek better options for treatment." However, on March 21, 2018, the Court denied his previous motion to

modify his bond conditions. In that motion [Doc. #22], Defendant asked that he be permitted to travel to Nevada for purposes of employment, not for medical treatment. In addition, the Detroit metropolitan area has no shortage of world-class medical and cancer treatment facilities.

For these reasons, Defendant's *pro se* motion [Doc. #25] is DENIED.

IT IS SO ORDERED.

                                     s/R. Steven Whalen
                                     R. STEVEN WHALEN
                                     UNITED STATES MAGISTRATE JUDGE

Date: April 13, 2018